IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MEREDITH HAZEL SCOTT,** *et al.*                                                                 **PLAINTIFF**

v.                                       Case No. 4:25-cv-00905-KGB

**SIMMONS BANK,** *et al.*                                                                              **DEFENDANT**

## ORDER

Before the Court is defendants Simmons Bank, George A. Makris, Jr., and George A. Makris, III's ("Defendants") motion for leave to file reply brief (Dkt. No. 20). Defendants filed motions to dismiss on November 4, 2025 (Dkt. Nos. 7; 13). Plaintiffs Paula Virginia Thomasson and Meredith Hazel Scott filed their response to the motions to dismiss on November 17, 2025 (Dkt. No. 17). Defendants now seek leave to file a reply brief to "briefly address arguments raised in Plaintiff's brief to help clarify and streamline the issues for the Court" (Dkt. No. 20, ¶6). For good cause shown, the Court grants Defendants' motion (*Id.*). Defendants have until, and including, December 5, 2025, to file their reply brief.

It is so ordered this 28th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge